**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUSTIN MICHAEL CREDICO** | : | **CIVIL ACTION** |
| **v.** | : | |
| **ALLIED SECURITY HOLDINGS, LLC, et al.** | : | **NO. 12-2303** |

## ORDER

AND NOW, this 30th day of October, 2013, upon consideration of plaintiff's complaint and his motion to proceed in forma pauperis (Document No. 5), IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. The complaint is DISMISSED with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

JUAN R. SÁNCHEZ, J.